# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00500-CV

**In re Thomas Allen Simon**

### ORIGINAL PROCEEDING FROM BURNET COUNTY

### O R D E R

**PER CURIAM**

Relator Thomas Allen Simon has filed a petition for writ of mandamus and for writ of prohibition seeking to vacate the order of the 424th District Court of Burnet County removing his appointed counsel in trial court cause number 42908. With his petition, Simon has filed a motion for temporary relief seeking a stay of the underlying proceedings. We grant the motion for temporary relief and stay the proceedings in the district court, pending further orders of this Court. The real party in interest, the State of Texas, is requested to file a response to the petition for writ of mandamus and for writ of prohibition on or before August 24, 2015. Any other responses are likewise due on that date. Persons filing a response may also address, in either that response or a separate filing, the advisability of our continuing the temporary relief pending our final disposition of the petition's merits.

It is ordered on August 12, 2015.

Before Chief Justice Rose, Justices Pemberton and Field